UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

In Re: CURTIS A. HANCOCK, and           Case No. 3:07-bk-10652
       JACKIE HANCOCK, Debtors                    Chapter 7

**MOTION TO REOPEN CHAPTER 7 CASE**

Comes now the Debtors, Curtis A. Hancock and Jackie Hancock, by and through their attorney, Bart Ziegenhorn, and for their Motion to Reopen Chapter 7 Case, alleges and states:

1. The above debtors were discharged pursuant to a discharge order entered on May 24, 2007.

2. On June 20, 2007, this case was reopened to add an additional creditors including SLM Corporation, d/b/a Sallie Mae Servicing, LLC.

3. The debt of SLM Corporation, d/b/a Sallie Mae Servicing, LLC was discharged. However, SLM Corporation is continuing efforts to collect the debt claiming it was a qualified student loan.

4. Debtor moves this Court to reopen the case for the purpose of filing a Complaint to Determine Dischargeability of Certain Debt pursuant to 11 U.S.C. §523(a)(8).

WHEREFORE, the Debtor prays this Court enter an Order to reopen this case and that the debtors be granted all other relief that they may show themselves entitled.

                                                   Respectfully Submitted,
                                                   Curtis A. Hancock &
                                                   Jackie Hancock, DEBTORS

                                      By: /s/ Bart Ziegenhorn
                                             BART ZIEGENHORN   #93140
                                             Attorney at Law
                                             P.O. Box 830
                                             West Memphis, AR  72303
                                             (870) 732-9100

## CERTIFICATE OF SERVICE

I, Bart Ziegenhorn, hereby certify that a true and correct copy of the foregoing Motion to Reopen Case was forwarded to the following via U. S. Postal Service, postage prepaid:

This 10th day of November, 2009.

Warren E. Dupwe
Chapter 7 Trustee
300 West Jefferson
Jonesboro, AR  72401-2751

All other Creditors set out in Matrix.

By:  /s/ Bart Ziegenhorn
     BART E. ZIEGENHORN #93140