# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

In Re: CURTIS A. HANCOCK, and　　　　　　　　　　Case No. 3:07-bk-10652
　　　　JACKIE HANCOCK, Debtors　　　　　　　　　　　　　　　Chapter 7

## ORDER REOPENING CHAPTER 7 CASE

NOW before the Court is the Motion to Reopen Chapter 7 Case for the purpose of filing a Complaint to Determine Dischargeability of Certain Debt by the above debtors in this Chapter 7 case. The debtors are asking for Court approval to reopen this Chapter 7 case for the purpose of filing the complaint. The Court notes that the debtor received a discharge on or about May 24, 2007. It is hereby Ordered that the Motion to Reopen Chapter 7 Case for the purpose of filing a Complaint to Determine Dischargeability of Certain Debt is granted and the debtor shall have thirty (30) days from the entry of this order to file the appropriate action with this Court.

IT IS SO ORDERED.

_/s/ Audrey R. Evans_
AUDREY EVANS, JUDGE

November 12, 2009

PREPARED BY:

/s/ Bart Ziegenhorn
BART ZIEGENHORN
Attorney for Debtors

CC: Attorney for Debtors
　　　Debtors
　　　Trustee
　　　All parties per matrix

EOD 11/12/2009
by R Sullivan