# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860−3 | User: ruby | Date Created: 11/12/2009 |
| Case: 3:07−bk−10652 | Form ID: pdfwotrm | Total: 38 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |
| tr | Warren E. Dupwe | msdupwe@suddenlinkmail.com |
| aty | Bart Ziegenhorn | bziegen1@comcast.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Curtis A. Hancock | 135 Surrey Trace | Marion, AR 72364 | |
| jdb | Jackie Hancock | 135 Surrey Trace | Marion, AR 72364 | |
| 3634249 | AES | 1200 N. 7th Street | Harrisburg, PA 17120 | |
| 3635389 | AES | P.O. Box 2461 | Harrisburg, PA 17105 | |
| 3550882 | Academy Collection Service | PO Box 16119 | Philadelphia, PA 19114−0119 | |
| 3550883 | Alliance One | PO Box 3104 | Southeastern, PA 19398−3104 | |
| 3550884 | Alltel | Building 4, Second Floor | One Allied Drive | Little Rock, AR 72202−2099 |
| 3550885 | Amcol Systems | 3215 N. North Hills Blvd. | Fayetteville, AR 72703 | |
| 3634243 | American Express | P.O. Box 297871 | Fort Lauderdal, FL 33329−7871 | |
| 3550886 | American Express | P.O. Box 297879 | Fort Lauderdale, FL 33329−7879 | |
| 3550887 | Capitol Management Services | 726 Exchange Street | Ste. 700 | Buffalo, NY 14210 |
| 3550888 | Capitol One Bank | P.O. Box 650007 | Dallas, TX 75265−0007 | |
| 3550889 | Chase Bank One | PO Box 15123 | Wilmington, DE 19850−5123 | |
| 3634244 | Citibank | P.O. Box 6241 | Sioux Falls, SD 57117−6241 | |
| 3550890 | Citibank | PO Box 6003 | Hagerstown, MD 21747 | |
| 3634247 | Direct Loan SVC Systems | P.O. Box 5609 | Greenville, TX 75403−5609 | |
| 3550891 | Discover | P.O. Box 30946 | Salt Lake City, UT 84130−0946 | |
| 3634248 | First Community Bank | P.O. Box 427 | Pocahontas, AR 72455 | |
| 3550893 | First Florida | 1718 East Giddens Avenue | Tampa, FL 33610−4957 | |
| 3550894 | Geico Direct | One Gieco Plaza | Bethesda, MD 20811−0001 | |
| 3550895 | Great Lakes Ed Loan Services | P.O. Box 3059 | Milwaukee, WI 53201−3059 | |
| 3550896 | HSBC Card Services | P.O. BOx 5222 | Carol Stream, IL 60197−5222 | |
| 3634245 | LVNV Funding | P.O. Box 10497 | Greenville, SC 29603 | |
| 3635390 | LVNV Funding LLC | P.O. Box 10584 | Greenville, SC 29603−0584 | |
| 3550898 | National Account Systems, Inc. | PO Box 10050 | Fayetteville, AR 72703−0036 | |
| 3634246 | Online Information Services | 202 W Firetower Rd. | Winterville, NC 28590 | |
| 3550899 | Progress Energy | PO Box 33199 | Saint Petersburg, FL 33733 | |
| 3644089 | Pulaski Bank | PO BOX 12440 | NEW IBERIA, LA 70562 | |
| 3550900 | S and S Auto | 2611 E. Kingshighway | Paragould, AR 72450 | |
| 3634250 | SM Servicing | P.O. Box 9500 | Wilkes Barre, PA 18773−9500 | |
| 3550901 | Sears | P.O. Box 6924 | The Lakes, NV 88901−6924 | |
| 3550902 | Southern &Allen | P.O. Box 17248 | Little Rock, AR 72222 | |
| 3550903 | Springdale Water | PO Box 769 | Springdale, AR 72765−0769 | |
| 3550904 | St. Bernards | PO Box 1560 | Jonesboro, AR 72403−1560 | |
| 3550905 | Superior Asset Management, Inc | P.O. Box 47248 | Oak Park, MI 48237 | |

TOTAL: 35